IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| JERRY LESTER JACKSON, #224506 | § | |
| VS. | § | CIVIL ACTION NO. 4:12cv370 |
| RICHARD MARTINEZ, ET AL. | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Don D. Bush. The first Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Plaintiff filed written objections to that Report and Recommendation but did not address its substance or the issues it discussed. Instead, Plaintiff filed an amended complaint. The Magistrate Judge then issued a Supplemental Report and Recommendation, addressing the differences in the amended complaint and again recommending that the case be dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915A(b)(1). No objections thereto having been timely filed, and having considered Plaintiff's objections to the first Report and Recommendation *de novo*, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts same as the findings and conclusions of the court. It is therefore

**ORDERED** that the complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915A(b)(1). Any and all motions which may be pending in this civil action are hereby **DENIED**. The Clerk shall forward a copy of this Order to the Three Strikes Coordinator for the Eastern District of Texas.

**SIGNED this the 13th day of September, 2013.**

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE